**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL WIGGINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-4417** |
| | : | |
| **JEFFERSON EINSTEIN HOSPITAL** | : | |

# ORDER

**AND NOW**, this 4th day of August 2026, upon reviewing Defendant's uncontested Motion to dismiss (ECF 9), after carefully reviewing Plaintiff's most recent attempt to challenge a settlement agreement in this Court through which Judges have repeatedly told him he may not proceed, finding no merit in his continued attempts to challenge a 2022 settlement in 2026, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's uncontested Motion to dismiss (ECF 9) requiring we:

1. **DISMISS** Plaintiff's claims with prejudice; and,

2. **GRANT** the pro se Plaintiff leave to **show cause** no later than **August 17, 2026** in memoranda not exceeding five pages as to why we should not enjoin him from suing the Defendant and its related entities challenging the payment under a 2022 settlement agreement given his ability to invoke an administrative process for a refund or credit with the Internal Revenue Service and then, if necessary, suing the United States if denied at the administrative level.

**KEARNEY, J.**